**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Elizabeth F. Vieyra*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5105*
*Direct: (856) 757-5139*
*elizabeth.vieyra@usdoj.gov*

October 22, 2026

**Via Electronic Filing**
Hon. Katharine S. Hayden, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank R. Lautenberg Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re: *Lopez Galeano v. Warden, et al.*, No. 26-cv- 13492 (KSH)**
**Criminal History and Request for Extension**

This Office represents Respondents in this habeas action. We respectfully write in response to the Court's Order (ECF No. 3), directing Respondents to identify whether Petitioner has a criminal history, whether he is subject to a final order of removal, and the statutory detention authority under which Petitioner continues to be detained within four days. ECF No. 3.

We respectfully request an extension of one day, or until October 23, 2026, to provide a letter regarding Petitioner's immigration background and his current detention. Respondents offer that there is good cause to grant this brief extension in the interest of providing the Court with accurate information.

Additionally, Respondents advise the Court that Petitioner has a record of violations of Title 39 of New Jersey Statutes, among other motor vehicle–related laws or statutes. Between December 2024 and May 2026, Petitioner accumulated at least nine such offenses, *see* Ex. 1 (Municipal Court Case Search History).

We thank the Court for its attention to this matter.

SO ORDERED this day of October 22, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Elizabeth F. Vieyra*
ELIZABETH F. VIEYRA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Petitioner *pro se*
Encl.